```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

           - against -

JOHANA ALCANTARA,

                    Defendant.

**21 Cr. 93 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

    The Court hereby schedules the initial appearance of Defendant Johana Alcantara on March 21, 2025, at 11:00 AM.

**SO ORDERED.**

Dated:    5 March 2025
            New York, New York

                                        _____
                                            Victor Marrero
                                              U.S.D.J.