```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

           - against -

JOHANA ALCANTARA,

           Defendant.

**21 Cr. 93 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

    The initial appearance of Defendant Johana Alcantara, currently scheduled for March 21, 2025, at 11:00 AM, is hereby adjourned to the already-scheduled status conference on March 21, 2025, at 2:00 PM.

**SO ORDERED.**

Dated:    20 March 2025
           New York, New York

                                              _____
                                                  Victor Marrero
                                                     U.S.D.J.