USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____1/8/2026____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

            - against -

JOHANA ALCANTARA,

                  Defendant.

**21 CR 93 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court schedules a bail modification appeal hearing in the above-captioned matter for January 16, 2026, at 12:00 PM. The Court additionally **STAYS** the Release Order entered on January 7, 2026, by the Honorable Ona T. Wang, United States Magistrate Judge for the Southern District of New York, pending the January 16 hearing.

**SO ORDERED.**

Dated:    8 January 2026
          New York, New York

Victor Marrero
U.S.D.J.