USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 9/25/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

v.

JOHANA ALCANTARA,

Defendant.

**ORDER FOR THE PURCHASE OF ELECTRONIC DEVICE**

21 Cr. 93 (VM)

MARRERO, D.J.

WHEREAS defense counsel filed a request dated September 18, 2026, regarding their need for CJA funds to purchase for defendant a laptop computer, together with the required software to run the laptop's necessary programs, and any subsequent external hard drives and headphones that may be required to provide the defendant with access to discovery (collectively, the "Electronic Device") for purposes of the discovery review;

WHEREAS the defense has demonstrated that the Electronic Device is necessary for adequate representation of defendant Alcantara;

It is hereby **ORDERED** that defense counsel is authorized to procure with CJA fund the Electronic Device for purposes of the discovery review. Counsel shall provide the Electronic Device to the government so as to confirm that the wireless and printing capabilities are disabled in a manner acceptable to the facility in which the given defendant is lodged. The government shall load on to the Electronic Device such software as the defendant will need to review and make notes on the discovery. The government shall set a password protected administrative account on the Electronic Device that is separate from the defendant's password protected user account to prevent any user from making changes to the Electronic Device.

It is further **ORDERED** that defense counsel shall provide the Electronic Device to the government clearly marked with the name and ID number and Marshal's registration number of the defendant who has been assigned to receive that particular Electronic Device;

It is further **ORDERED t**he Government shall save the discovery onto the Electronic Device as well as on subsequent external hard drives that may be required to provide the defendant with access to the discovery;

It is further **ORDERED** the Government shall confirm that the discovery is viewable on the Electronic Device (for example, that the audio recordings and video play on the Electronic Device) prior to sending it to the facility where the defendant is housed;

It is further **ORDERED** within 30 days of receipt of the Electronic Device, the Government shall send the Electronic Device to an Officer designated by facility to receive the electronic device. The designated Officer shall keep the Electronic Device and charging wire in their office;

It is further **ORDERED** that the defendant can access the Electronic Device for review on a temporary basis and at times approved by prison personnel. This review must take place in the defendant's unit or a location where to the extent possible defendant is not in the presence of any other inmates. Because of the volume of discovery, defendant should be afforded the ability to review it for several hours each day to the extent consistent with the conduct of the facility in which the defendant is lodged;

It is further **ORDERED** that the defendant is prohibited from copying any information from the discovery and after she is finished reviewing the discovery for any given day, the defendant shall return the Electronic Device to the designated Officer;

It is further **ORDERED** that the defendant is strictly prohibited from printing, copying, sending, publishing, or transferring any of the discovery materials on the Electronic Device. It is the intent of this Order that only defendant assigned to a particular Electronic Device (and her counsel and any other members of her legal defense team, including investigators. Paralegals, and support staff, as needed to confer with the defendant) will have access to the discovery materials on the Electronic Device;

It is further **ORDERED** that this Court will revisit this Order and the defendant's access to the Electronic Device if it appears that the defendant is not abiding by this Order; and

It is further **ORDERED** that no later than the conclusion of the proceedings against the defendant in the district court, whether through dismissal of the charges against the defendant or the sentencing of the defendant, the defendant shall return the Electronic Device to her counsel, who will promptly provide it to the Administrative Office of the U.S. Courts if it was purchased with CJA funds

**SO ORDERED.**

9/25/26

DATE

VICTOR MARRERO, U.S.D.J.