WACHTELL, LIPTON, ROSEN & KATZ

51 WEST 52ND STREET
NEW YORK, N.Y. 10019-6150
TELEPHONE: (212) 403-1000
FACSIMILE: (212) 403-2000

MARTIN LIPTON
HERBERT M. WACHTELL
EDWARD D. HERLIHY
DANIEL A. NEFF
SCOTT K. CHARLES
JODI J. SCHWARTZ
ADAM O. EMMERICH
RALPH M. LEVENE
ROBIN PANOVKA
DAVID A. KATZ
ILENE KNABLE GOTTS
JEFFREY M. WINTNER
ANDREW J. NUSSBAUM
RACHELLE SILVERBERG
STEVEN A. COHEN
DAVID C. KARP
RICHARD K. KIM
JOSHUA R. CAMMAKER
JEANNEMARIE O'BRIEN
STEPHEN R. DiPRIMA
NICHOLAS G. DEMMO
JOON H. KIM
IGOR KIRMAN
JONATHAN M. MOSES
T. EIKO STANGE
GREGORY E. OSTLING
DAVID B. ANDERS
NELSON O. FITTS
JOSHUA M. HOLMES
IAN BOCZKO
MATTHEW M. GUEST
DAVID K. LAM
BENJAMIN M. ROTH
ELAINE P. GOLIN
EMIL A. KLEINHAUS
KARESSA L. CAIN
RONALD C. CHEN

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)
LEONARD M. ROSEN (1965-2014)

OF COUNSEL

DAVID M. ADLERSTEIN
ANDREW R. BROWNSTEIN
WAYNE M. CARLIN
DAMIAN G. DIDDEN
SELWYN B. GOLDBERG
PETER C. HEIN
DAVID E. KAHAN
JB KELLY*
JOSEPH D. LARSON
PHILIP MINDLIN
THEODORE N. MIRVIS
ERIC S. ROBINSON
STEVEN A. ROSENBLUM
JOHN F. SAVARESE
MICHAEL J. SEGAL
WON S. SHIN
DAVID M. SILK
ELLIOTT V. STEIN
LEO E. STRINE, JR.**
STEPHANIE L. TEICHER
PAUL VIZCARRONDO, JR.
AMY R. WOLF
MARC WOLINSKY

COUNSEL

LOREN BRASWELL
HEATHER D. CASTEEL
FRANCO CASTELLI
ANDREW J.H. CHEUNG
PAMELA EHRENKRANZ
ALINE R. FLODR
KATHRYN GETTLES-ATWA
LEDINA GOCAJ
ANGELA K. HERRING
MICHAEL W. HOLT
MARK A. KOENIG
DANIEL R. LOESER
J. AUSTIN LYONS
ALEXANDER S. MACKLER**
ALICIA C. McCARTHY
JOSEPH S. PAYNE
KAREN C. PELZER
NICOLE D. SHARER
NEIL M. SNYDER
JEFFREY A. WATIKER
DAVID P.T. WEBB

*ADMITTED IN THE DISTRICT OF COLUMBIA AND NORTH CAROLINA
**ADMITTED IN DELAWARE

GRAHAM W. MELI
GREGORY E. PESSIN
CARRIE M. REILLY
MARK F. VEBLEN
VICTOR GOLDFELD
BRANDON C. PRICE
KEVIN S. SCHWARTZ
MICHAEL S. BENN
TIJANA J. DVORNIC
JENNA E. LEVINE
JOHN L. ROBINSON
STEVEN WINTER
JACOB A. KLING
RAAJ S. NARAYAN
MICHAEL J. SCHOBEL
ELINA TETELBAUM
LAUREN M. KOFKE
RACHEL B. REISBERG
CYNTHIA FERNANDEZ LUMERMANN
JARRETT R. HOFFMAN
CHRISTINA C. MA
REGINA L. READLING
BENJAMIN S. ARFA
ERIC M. FEINSTEIN
ADAM L. GOODMAN
STEVEN R. GREEN
MENG LU
AHSAN M. BARKATULLAH
MATTHEW T. CARPENTER
MICHAEL H. CASSEL
HANNAH CLARK
KYLE M. DIAMOND
JUSTIN R. ORR
EMILY E. SAMRA
GEORGE N. TEPE

DIRECT DIAL: (212) 403-1307
DIRECT FAX: (212) 403-2307
E-MAIL: DBANDERS@WLRK.COM

October 7, 2026

Via ECF

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/8/26

Re: *United States* v. *Villafane*
No. 21 Cr. 93 (VM)

Dear Judge Marrero:

We write on behalf of our client Johana Alcantara, a defendant in the above-captioned action. On August 20, 2026, the Court ordered Ms. Alcantara to file any pretrial motion(s) on or before October 9, 2026, and the government to file any opposition(s) to such motions on or before November 6, 2026. ECF No. 717. On September 24, 2026, Ms. Alcantara filed a motion for an Order compelling the government to disclose and produce to Ms. Alcantara "certain law enforcement reports and records pertaining to law enforcement officials' interactions with Ms. Alcantara during her eight-day hospitalization while in custody prior to her November 18, 2024

post-arrest interview, which interview is the subject of Ms. Alcantara's forthcoming motion to suppress" (the "Motion to Compel"). ECF No. 760.

As of the date of this request, the government has not produced any of the materials that are the subject of, nor responded to, Ms. Alcantara's Motion to Compel. Accordingly, Ms. Alcantara respectfully requests an adjournment of the deadline to file her pretrial motion(s), specifically, to one week following such date the government produces materials, if any, in response to her Motion to Compel, with a corresponding adjournment of the government's deadline to file any response(s). Such adjournment would allow Ms. Alcantara to incorporate information contained in the materials produced by the government in response to the Motion to Compel into her anticipated pretrial motion(s). Defense counsel has made no previous requests for the adjournment of this deadline.

Should the Court wish to review Ms. Alcantara's pretrial motions seriatim, Ms. Alcantara asks that the Court grant the above-requested adjournment as to, at a minimum, Ms. Alcantara's anticipated motion to suppress.

Respectfully submitted,

S/ [signature]
David B. Anders
Alison B. Brockman
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

*Bruce D. Koffsky*
Bruce D. Koffsky, Esq.
Koffsky & Felsen, LLC
1261 Post Road, Suite 202B
Fairfield, Connecticut 06824

*Counsel for Defendant Johana Alcantara*

The request of Defendant Johanna Alcantara ("Alcantara") to adjourn the deadline to file her pretrial motion(s) is **GRANTED.** The Court will refer Defendant's Motion to Compel to the Magistrate Judge for resolution via a separate Order. The Parties are directed to file a status report with this Court within fourteen (14) days of the resolution of the Motion to Compel.

**SO ORDERED.**

10/8/2026
DATE

[signature]
VICTOR MARRERO, U.S.D.J.