USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/2026

LAW OFFICES OF
KOFFSKY & FELSEN, LLC
1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

BRUCE D. KOFFSKY
AUDREY A. FELSEN

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604

**Via ECF and Email**

November 18, 2026

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
11/18/2026

Re: United States v. Villafane (def. Johana Alcantara)
1:21-cr-93 (VM)

Dear Judge Parker:

Undersigned counsel represent defendant Johana Alcantara in the above-entitled action. We, together with the government, submit this joint letter requesting an additional 30-day extension of the Court's October 19, 2026 scheduling order relative to the government's response to defendant Alcantara's motion to compel (Docs. 760, 761). The parties are discussing Ms. Alcantara's requested disclosures and matters relating to a possible disposition of this matter and submit that an additional 30-day extension of time for the government to respond to the defendant's motion is in the best interest of justice.

For the reasons stated above, we respectfully request that the Court grant a 30-day extension of time from November 19, 2026 to December 20, 2026, for the government to respond to Ms. Alcantara's motion to compel and that Ms. Alcantara be required to reply to the government's response 4 days thereafter.

Thank you for your kind consideration.

Respectfully submitted,
Counsel for Johana Alcantara

/s/ David B. Anders
David B. Anders
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

/s/ Bruce D. Koffsky
Bruce D. Koffsky, Esq.
Koffsky & Felsen, LLC
1261 Post Road, Suite 202B
Fairfield, CT 06824

cc: All Counsel of Record (via ECF)